# United States District Court

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| TITANIDE VENTURES LLC, § § Plaintiff, § v. § § § AT&T CORP.         . § HP ENTERPRISE SERVICES LLC § LAYERED TECHNOLOGIES INC., and § BARRACUDA NETWORKS INC. § § Defendants. § | Civil Action No. 4:11-cv-00265-RC-ALM JURY TRIAL DEMANDED |

## ORDER AMENDING SCHEDULING/ DOCKET CONTROL ORDER

Based on a review of the case and in accordance with the parties' Agreed Motion to Amend the Court's January 6th, 2012 Scheduling/Docket Control Order, which motion was filed on April 9, 2012, the Court hereby amends certain dates in its January 6th Order, as follows:

| PRETRIAL EVENTS | Amended Deadline |
|---|---|
| Deadline to serve invalidity contentions (P.R. 3-4 and 3-4) | April 20, 2012 |
| Exchange proposed terms for construction (P.R. 4-1) | April 20, 2012 |
| Exchange preliminary claim construction and extrinsic evidence (P.R. 4-2) | April 27, 2012 |

**It is SO ORDERED.**

**SIGNED this 10th day of April, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE