# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TITANIDE VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:11-cv-00265 (RC/ALM) |
| | § | |
| HP ENTERPRISE SERVICES, LLC, and | § | |
| HEWLETT-PACKARD COMPANY | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST HP ENTERPRISE SERVICES, LLC, AND HEWLETT-PACKARD COMPANY

Plaintiff Titanide Ventures, LLC, ("Titanide") and Defendants HP Enterprise Services, LLC, and Hewlett-Packard Company (collectively "HP"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby move for an order dismissing all claims by Titanide against HP and dismissing all claims/counterclaims by HP against Titanide WITH PREJUDICE, and ordering Titanide and HP each to bear their own costs, expenses and attorney's fees incurred in connection with the claims and counterclaims brought against one another in this action.

**AGREED** October 4, 2012

Respectfully submitted,

*/s/ Christopher D. Banys*
Christopher D. Banys
THE LANIER LAW FIRM, P.C.
Christopher D. Banys SBN: 230038 (CA)
Daniel W. Bedell SBN: 254912 (CA)
Carmen M. Aviles SBN: 251993 (CA)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100         (650) 322-9103 (fax)
cdb@lanierlawfirm.com

    dwb@lanierlawfirm.com
    cma@lanierlawfirm.com

THE LANIER LAW FIRM, P.C.
W. Mark Lanier SBN: 11934600
Dara G. Hegar SBN: 24007280
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (fax)
wml@lanierlawfirm.com
dgh@lanierlawfirm.com

**LOCAL COUNSEL:**

Wesley Hill
State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF TITANIDE VENTURES, LLC**

**AGREED** October 9, 2012.

Respectfully submitted,

*/s/ Steven R. Daniels*
Steven R. Daniels
Texas State Bar No. 24025318
George W. Webb III
Texas State Bar No. 24003146

FARNEY DANIELS LLP
800 S. Austin Ave. Suite 200
Georgetown, Texas 78626-5845
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com
gwebb@farneydaniels.com

**ATTORNEYS FOR DEFENDANTS HP ENTERPRISE SERVICES, LLC, and HEWLETT-PACKARD COMPANY**

## CERTIFICATE OF SERVICE

 I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 9, 2012.

              */s/ Lilli McBride*
              Lilli McBride